IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
MAY 1 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 07- 10061 |
| ) | |
| LARRY SWINK, ) | VIO: 21 U.S.C. §§841(a)(1), |
| ) | 841(b)(1)(A) and 841(b)(1)(B) |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
(Distribution of Methamphetamine)

On or about April 17, 2007, in McDonough County, within the Central District of Illinois,

**LARRY SWINK,**

the defendant herein, knowingly distributed more than fifty (50) grams of a mixture and substance containing methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(B).

### COUNT 2
(Possession of Methamphetamine With Intent To Distribute)

On or about May 5, 2007, in Sangamon County, within the Central District of Illinois,

**LARRY SWINK,**

the defendant herein, knowingly possessed more than five-hundred (500) grams of a mixture and substance containing methamphetamine, a Schedule I controlled substance, with intent to distribute.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(A).

A True Bill.

s/ Foreperson
Foreperson

s/ AUSA

RODGER A. HEATON
UNITED STATES ATTORNEY
KTC/ksr