E-FILED
Wednesday, 23 May, 2007  01:12:26 PM
Clerk, U.S. District Court, ILCD

# United States District Court

RECEIVED

CENTRAL DISTRICT OF ILLINOIS  ⟶ 12:50

2007 MAY

US MARSHAL SERVICE

**FILED**

MAY 23 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**WARRANT FOR ARREST**

UNITED STATES OF AMERICA
vs.

LARRY SWINK

CASE NO. 07- MJ-6834

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest  __LARRY SWINK__  and bring him
                                        Name

forthwith to the nearest magistrate to answer a complaint charging him with distribution of more than 50 kilograms of a substance and mixture containing methamphetamine, a Schedule I controlled substance,

in violation of Title __21__ United States Code, Section(s) __841(b)(1)(B)__

__JOHN A. GORMAN__                     __United States Magistrate Judge__
Name of Issuing Officer                 Title of Issuing Officer

s/John A. Gorman                        May 4, 2007 at Peoria, Illinois
Signature of Issuing Officer            Date and Location

Bail fixed at $ __no bond__ by __John A. Gorman, United States Magistrate Judge__
                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Springfield | | |
| Date Received 05/05/07 | Name of Arresting Officer s/agent | Signature of Arresting Officer |
| Date of Arrest 05/05/07 | Title of Arresting Officer DEA | s/Clerk |