E-FILED
Monday, 18 June, 2007 09:13:47 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **07-10061-01** <br> ) <br> ) <br> ) |
| **Larry Swink** <br> Defendant | |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **10:00 a.m.** on **Thursday, June 28, 2007.**

This matter is set for Jury Trial at **8:30 a.m.** on **Monday, July 23, 2007**

at

[ X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 15th day of June, 2007

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE