# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff | )<br>)<br>)<br>) CASE NO. 07-10061<br>) |
| _Larry Swink_<br>  Defendant | )<br>)<br>) |

**FILED**
JUN 15 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## WAIVER OF DEFENDANT'S PRESENCE

The undersigned defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before, during or after trial, EXCEPT upon arraignment, plea, pretrial conference impanelment of jury and imposition of sentence.

The undersigned defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver: and hereby agrees that his interests will be deemed pre-presented at all times by the presence of his attorney the same as if the defendant himself were personally present in court; and further agrees to be present in person in court ready for trial any day and hour which the court may fix in his absence.

Dated this _15th_ day of _June_, 20_07_

s/ Defendant
_____
Defendant (signature)

_____
Address

_Fairhope AL 36532_
City, State, Zip

_____
Phone Number

Approved:
s/ Defendant Atty
_____
Attorney for Defendant