UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Crim. No. 07-10061 | |
| | ) | | |
| LARRY SWINK, | ) | | |
| | ) | | |
| Defendant. | ) | | |

MOTION TO WAIVE DEFENDANT'S
PRESENCE AT PRETRIAL CONFERENCE
AND TO ALLOW DEFENDANT TO BE PRESENT
VIA TELEPHONIC CONFERENCE CALL

Now comes the Defendant, LARRY SWINK, by his attorney, and pursuant to Rule 43(a) and (b)(3), moves this Court for the entry of an Order waiving the Defendant's physical presence at the pretrial conference scheduled for June 28, 2007, at 10:00 a.m., in Peoria, Illinois, and allowing the Defendant to attend and participate in said pretrial conference by telephonic conference call, and in support thereof, states as follows:

1. That on June 15, 2007, the Defendant appeared before United States Magistrate Judge John Gorman for arraignment at which time a scheduling order was entered setting the date for the final pretrial conference in this case for June 28, 2007, at 10:00 a.m. in Peoria, Illinois, before United States District Judge Michael M. Mihm.

2.  That at said arraignment, the undersigned defense counsel expressed his concerns to Judge Gorman that the scheduled pretrial conference was less than two weeks hence, and that the Defendant, who is free on bond and residing at Fair Hope, Alabama, would be required to bear the cost of returning to court in Peoria, Illinois, within a short time for another proceeding at which counsel would be seeking a continuance of the case for 10-12 weeks to allow the defendant to continue with and complete his cooperation duties and for the parties to resolve the case.

3.  That at said arraignment, the Defendant also executed the standard written waiver of presence form authorized for use in the Central District of Illinois, and agreed on the record to waive his right to be physically present at the scheduled final pretrial conference on June 28, 2007.

4.  That the Defendant and his wife are long-time residents of Alabama's Gulf Coast who sustained enormous financial loss due to Hurricane Katrina in August, 2005, and are asking this Court, in the interests of justice, to allow them to attend and participate in the scheduled pretrial conference via telephonic conference call so that they can be spared the expense and time-off of work due to having to return to court in Peoria, Illinois, less than two weeks after their last court appearance for arraignment.

5.  That defense counsel called Assistant United States Attorney K. Tate Chambers on June 19, 2007, to ascertain the Government's position on this motion,

but was told that Mr. Chambers was in trial this week.

WHEREFORE, Defendant requests the entry of an Order waiving the Defendant's physical presence at the pretrial conference scheduled for June 28, 2007, at 10:00 a.m., in Peoria, Illinois, and allowing the Defendant to attend and participate in said pretrial conference by telephonic conference call.

> LARRY SWINK, Defendant
>
> /s/George F. Taseff
> Ill. Bar Number: 6180419
> Attorney for Defendant
> Assistant Federal Public Defender
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602
> Phone: 309/671-7891
> FAX:  309/671-7898
> Email: george_taseff@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. K. Tate Chambers, Assistant United States Attorney, One Technology Plaza, 211 Fulton, Suite 400, Peoria, IL 61602.

> /s/George F. Taseff
> Ill. Bar Number: 6180419
> Attorney for Defendant
> Assistant Federal Public Defender
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602
> Phone: 309/671-7891
> FAX:  309/671-7898
> Email: george_taseff@fd.org